No. 11–6290. IN RE PATTERSON;

No. 11–6299. IN RE LINDSAY;

No. 11–6313. IN RE SHOVE ET AL.;

No. 11–6321. IN RE SIMMS;

No. 11–6339. IN RE ROCHA;

No. 11–6355. IN RE MARTIN;

No. 11–6375. IN RE GILYARD; and

No. 11–6493. IN RE McDOWELL. Petitions for writs of habeas corpus denied.

No. 11–302. IN RE SIMON;

No. 11–5741. IN RE PARNIANI-HAYMAN;

No. 11–6128. IN RE COUCH; and

No. 11–6285.   IN RE MOGHADDAM.   Petitions for writs of mandamus denied.